IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: LEE ROTHMAN<br>**Debtor(s)** | )<br>)<br>) CHAPTER 13 |
| UNIVEST BANK AND TRUST CO.<br>**Moving Party** | )<br>) Case No.: 22-11660 (AMC)<br>) |
| v. | )<br>) **Hearing Date: 10-29-24 at 11:00 AM** |
| LEE ROTHMAN<br>  JONI A. ROTHMAN<br>**Respondent(s)** | )<br>) 11 U.S.C. 362<br>)<br>) 11 U.S.C. 1301 |
| KENNETH E. WEST<br>**Trustee** | )<br>)<br>)<br>) |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Univest Bank And Trust Co. and the Debtor in settlement of the Motion For Stay Relief And Co-Debtor Relief, and filed on or about February 4, 2025 in the above matter is APPROVED.

Dated:

BY THE COURT:

**Date: February 6, 2025**

_____
UNITED STATES BANKRUPTCY JUDGE